**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 26-61394-CIV-DAMIAN**

**ELVIN VILLEDA VILLEDA,**

      Petitioner,

v.

**E.K. CARLTON,** *et al.*,

      Respondents.

_____/

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on Petitioner, Elvin Villeda Villeda's ("Petitioner"), Petition for a Writ of Habeas Corpus ("Petition") [ECF No. 1], filed on May 8, 2026, wherein Petitioner requests an individualized bond hearing pursuant to the Eleventh Circuit's decision in *Hernandez Alvarez v. Warden*, No. 25-14065, 2026 WL 1243395 (11th Cir. May 6, 2026). *See generally* Petition.

In response to this Court's May 11, 2026 Order to Show Cause [ECF No. 6], Respondents filed a Response explaining that following the filing of the Petition, Respondents afforded Petitioner a bond hearing on May 14, 2026. *See generally* ECF No. 7 ("Response"). The Immigration Judge denied a bond, weighing the nine factors in *Matter of Guerra*, 24 I & N Dec. 37 (BIA 2006), and concluding that Petitioner presents a flight risk because he has four arrests for driving without a license, does not reside with his two U.S. citizen children and their mother, and is unlikely to succeed on his relief application because he has worked without a permit for approximately 20 years. *See* ECF No. 7-1. Petitioner did not file a reply.

In light of the foregoing, and noting that Petitioner appears to have received an individualized bond hearing and no pending matters remain from the Petition, it is hereby

**ORDERED AND ADJUDGED** that the Petition **[ECF No. 1]** is **DISMISSED AS MOOT**. This case shall be **CLOSED**.

**DONE AND ORDERED** in Chambers in the Southern District of Florida, this 31st day of May, 2026.

_____
**MELISSA DAMIAN**
**UNITED STATES DISTRICT JUDGE**